```
LLOYD D. DIX, Bar #: 110489
LAW OFFICES OF DIX & ASSOCIATES, APLC
216 S. Louise St., 2nd Floor
Glendale CA 91205
(818)502-1981
Attorneys for FIDELITY CREDITOR SERVICE, INC.
File No.: 0000825968
```

FILED
MAY 0 3 2013
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| BEATRIZ MARTINEZ<br><br>Plaintiff(s)<br><br><br><br>Debtor,<br>vs.<br><br>YASMIN DAVIDDS, AKA YASMIN DAVIDDS GARIDO, et al. | Case No. 2:07-BK-2181-BR<br>Adversary Number:<br><br>ACKNOWLEDGMENT OF<br>ASSIGNMENT OF JUDGMENT |

**COMES NOW PLAINTIFF**, BEATRIZ MARTINEZ located at P O BOX 51, PASADENA, CA 91102, to whom the above entitled judgment was awarded, herby assigns to FIDELITY CREDITOR SERVICE, INC. located at 216 S. Louise St., Glendale, CA 91205 all rights, title and interest to the money judgment against defendant(s) YASMIN DAVIDDS, AKA YASMIN DAVIDDS GARIDO; YD PILOT PROJECT,EMPOWERING LATINAS,DKI CORP., whose last known address are 5030 E TENDERROW PL #B ORANGE CA 92867-1668, and whose judgment was entered into the court records for the amount of $ 91,002.00 on 07/08/08.

Dated: 12/11/12                              _Beatriz Martinez_ (signature)

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

1

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

State of California
County of _Los Angeles_

On _December 11, 2012_ before me, "_Richard Vasquez, Notary Public_",
  Date                                Here Insert Name and Title of the Officer

personally appeared _Beatriz Martinez_
                         Name(s) of Signer(s)

RICHARD VASQUEZ
Commission # 1861706
Notary Public - California
Los Angeles County
My Comm. Expires Sep 14, 2013

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____
            Signature of Notary Public

Place Notary Seal Above

──────── OPTIONAL ────────
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

2:07-BK-2181-BR

**Description of Attached Document**
Title or Type of Document: _Acknowledgment of Assignment of Judgment._
Document Date: _12-11-2012_     Number of Pages: _1_
Signer(s) Other Than Named Above: _No Other Signers_

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _Beatriz Martinez_
☐ Corporate Officer — Title(s): _____
☒ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _Self_

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

I, the undersigned, declare and state that I am employed in the aforesaid county, State of California. I am over the age of 18 years of age and I am not a party to the within action. My business address is 216 S. Louise St. 2nd Floor, Glendale, California 91205. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Per that practice, and in the ordinary course of business, the document referred to below would be deposited with the United States Postal Service on the same day it is placed for collection for mailing.

On 5-3-13 I served the following:
ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

On the above date, following the office's ordinary business practices, service was made on the parties in this action by my placing for collection for mailing a true copy of the above document, enclosed in a sealed envelope, into the United States mail at Glendale, California, postage fully paid and addressed as follows:

YASMIN DAVIDDS, AKA YASMIN DAVIDDS GARIDO
5030 E TENDERROW PL #B
ORANGE CA 92867-1668

YD PILOT PROJECT, EMPOWERING LATINAS, DKI CORP.
5030 E TENDERROW PL #B
ORANGE CA 92867-1668

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 5-3-13 at Glendale, California.

_____
N. SERGOYAN

```
LLOYD D. DIX, Bar #: 110489
LAW OFFICES OF DIX & ASSOCIATES, APLC
216 S. Louise St., 2nd Floor
Glendale CA 91205
(818)502-1981
Attorneys for FIDELITY CREDITOR SERVICE, INC.
File No.: 0000825968
```

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In Re: YASMIN DAVIDDS <br><br> Debtor <br><br> BEATRIZ MARTINEZ <br>     Plaintiff, <br> vs. <br> YASMIN DAVIDDS, AKA YASMIN DAVIDDS GARIDO, et al. <br><br>     Defendant(s). | Case No.: 2:07-BK-2181-BR <br> Adversary No.: AD08-1174BR <br><br> CHAPTER 7 <br><br> REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER <br><br> Date: Not set <br> Time: Not set <br> Place: Not Set |

    Plaintiff Beatriz Martinez, pursuant to the provision of Rule 4© of the Federal Rules of Civil Procedure and Rules 19.2 and 19.3 of the Local Rules of Practice of the United States District Court for the Central District of California, request that DDS LEGAL, a Registered Process to be authorized. The U.S. Marshals Office will remain the Levying Officer.

Judgment was entered on July 10, 2008, in the amount of $91,002.00. a writ of execution has been issued by the Clerk of Court and execution levies are anticipated in the enforcement of the judgment.

This order is required because the U.S. Marshal's Service does not perform execution levies. Without this order, it will not be possible to enforce this court's judgment by writ of execution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 14, 2013

_____
Lloyd D. Dix, CA State Bar # 110489

## ORDER

Having and considered the foregoing application and good cause appearing therefore, ITS IS ORDERED, ADJUDGED AND DECREED:

DDS LEGAL is hereby authorized to serve legal process in this matter including this and all future following writs of execution. The U.S. Marshal's Service shall remain levying officer.

Date: _____                                 _____
                                                      **UNTIED STATE DISTRICT JUDGE**

2